IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID LOOS<br>v.<br>SAINT-GOBAIN ABRASIVES, INC., d/b/a<br>NORTON SAINT-GOBAIN (a/k/a NORTON ABRASIVES); and<br>NORTON SAINT GOBAIN a/k/a NORTON ABRASIVES. | CIVIL ACTION<br><br>NO. 2:13-CV-07588-LFR |

### STIPULATION EXTENDING TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

It here hereby stipulated and agreed by and between the attorney for Plaintiff, David Loos, and the attorney for Defendant, Saint-Gobain Abrasives, Inc., et al. that the time within which the said Defendant(s) may serve and file a responsive pleading to the Complaint is hereby extended until April 2, 2014.

PAUL, REICH & MYERS, P.C

/s/ Richard P. Myers
Richard P. Myers, Esquire
**Counsel for Plaintiff**

MARKS, O'NEILL, O'BRIEN,
DOHERTY & KELLY, P.C.

/s/ Patrick C. Lamb
Patrick C. Lamb, Esquire
**Counsel for Defendant, Saint-Gobain Abrasives, Inc.**

{PH746767.1}